184 So.2d 734

**STATE of Louisiana**

v.

**Jack C. FRUGÉ.**

No. 48124.

April 15, 1966.

In re: Jack C. Frugé applying for writs of certiorari, prohibition and mandamus.

Writs refused. Relator has an adequate remedy by appeal in the event of his conviction.

184 So.2d 734

**Lionel J. BATISTE**

v.

**PATTERSON TRUCK LINE, INC., and The Travelers Insurance Company.**

No. 48125.

April 15, 1966.

In re: Lionel J. Batiste applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Lafourche. 183 So.2d 140.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.